UNITED STATES DISTRICT COURT
EASTERN DSTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 19-cr-20437
                                            Hon. Matthew F. Leitman

vs.

NEAL CRAMER,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND
SURRENDER DATE TO THE FEDERAL BUREAU OF PRISONS**

**IT IS HEREBY ORDERED** that Defendant, NEAL CRAMER, self surrender to the facility designated by the Federal Bureau of Prisons ("BOP) be extended an additional 32 days. Defendant is hereby notified that he shall report to the BOP facility to serve his sentence on or before August 3, 2020 at noon.

    **IT IS SO ORDERED.**

                                     /s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2020, by electronic means and/or ordinary mail.

                                     s/Holly A. Monda
                                     Case Manager
                                     (810) 341-9764