UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 19-cr-20437-2
                              Hon. Matthew F. Leitman

NEAL CRAMER,

    Defendant.
_____/

### ORDER CONCERNING TERMS OF SUPERVISED RELEASE

**IT IS HEREBY ORDERED** that it shall not be considered a violation of Mr. Cramer's conditions of supervised release for Mr. Cramer to use medical marijuana so long as that use is consistent with the laws of the State of Michigan and any applicable local laws.

**IT IS SO ORDERED**.

Dated:  May 25, 2021

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2021, by electronic means and/or ordinary mail.

                              s/Holly A. Monda
                              Case Manager
                              (810) 341-9761